UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: <u>MARK & ANGELA BENNETT</u>

**BANKRUPTCY APPEAL**

CA 05-30025-MAP

<u>O R D E R</u>

<u>PONSOR, D.J.</u>

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on <u>  1/26/2005  </u>,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>  FEBRUARY 16, 2005  </u> and the Appellee's brief shall be filed on or before <u>  MARCH 9, 2005  </u>. The Appellant may file and serve a reply brief on or before <u>  MARCH  15, 2005  </u>.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

|  |  |
|---|---|
| 1/26/2004 | By the Court, |
|  | /S/ MARY FINN |
| **Date** | **Deputy Clerk** |

**(BKAppealBriefSched.wpd - 12/98)**
　　　　**[bro.]**