UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>MARK BENNETT<br>ANGELA BENNETT,<br>                Debtors<br><br>MARK BENNETT<br>ANGELA BENNETT,<br>                Appellants<br><br>    v.<br><br>DENISE PAPPALARDO,<br>CHAPTER 13 TRUSTEE,<br>                Appellee. | Chapter 13<br>Case No. 03-40074-HJB<br><br><br>Bank. Appeal CA 05-30025-MAP |

## MOTION OF APPELLEE FOR EXTENSION OF TIME TO FILE BRIEF

Appellee, Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") hereby moves that this Court extend the deadline to file a brief in this matter for thirty (30) days or such time as the Court may deem expedient. As grounds therefore, on or about February 18, 2005, the Trustee filed a motion to consolidate the above-referenced appeal with the following appeals (the "Motion to Consolidate"):

    *In re Hector Rolon,* Bank. Appeal No. 05-30023-MAP;

    *In re Peter Caci and Denise Caci,* Bank. Appeal No. 05-30024-MAP;

    *In re Kathleen Daigneault,* Bank Appeal No. 05-30026-MAP;

    *In re Marta Oyola,* Bank Appeal No. 05-30027-MAP;

    *In re Stefan Davis,* Bank Appeal No. 05-30028-MAP; and

    *In re Joseph LaFrance,* Bank Appeal No. 05-30021-MAP.

2. In the interests of judicial economy, the Trustee requests that the briefing order be amended pending a determination on the Motion to Consolidate.

WHEREFORE, the Trustee requests that the within Motion be allowed.

Respectfully submitted,

Standing Chapter 13 Trustee

Dated: 3/2/05

Denise M. Pappalardo
BBO # 553293
Joanne Psilos
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300

## CERTIFICATE OF SERVICE

I, Joanne Zoto Psilos, Staff Attorney do hereby certify that a true and accurate copy of the attached Motion was served on the following parties on this date via first class mail, postage prepaid:

Joanne Zoto Psilos       Dated 3/2/05

Francis Lafayette, J.D.
P.O. Box 1020
Palmer, MA 01069