UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK BENNETT AND ANGELA BENNETT,
    Appellant(s)

v.              CIVIL ACTION: 05-30025-MAP

PHOEBE MORSE, ET AL,
UNITED STATES TRUSTEES,
    Appellee(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT FOR THE APPELLEE(S) PURSUANT TO THE MEMORANDUM OF THE COURT ENTERED ON JUNE 6, 2005, DISMISSING THE APPEAL,

                                  SARAH A. THORNTON,
                                  CLERK OF COURT

Dated: June 7, 2005                 By /s/ John C. Stuckenbruck
                                            Deputy Clerk

(Judgment Civil.wpd - 11/98)                                            [jgm.]